IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

V & H, INC. d/b/a TEAM Marshfield Truck
Equipment, a division of V & H, Inc.,

        Plaintiff,

v.

GROUPE BIBEAU INC.,

        Defendant.

ORDER ON STIPULATION TO DISMISS

Case No. 07-C-0452-C

Upon the foregoing stipulation and the record and the proceedings herein, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED, that all claims, cross-claims and counterclaims be dismissed upon the merits, with prejudice, and without cost to any of the parties.

Dated this 22nd day of February, 2008.

BY THE COURT:

_____
Honorable Barbara B. Crabb
United States District Court Judge

Copy of this document has been provided to: Plaintiff and Defendant via Mail this 25 day of Feb., 2008
by _____
M. Hardin, Secretary to Judge J. G. Chavez

{00165519.DOC/1}